LISA A. MCCLANE
Nevada Bar No. 10139
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: lisa.mcclane@jacksonlewis.com

*Attorneys for Defendant*
*Hearts on Fire Company, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OLGA BEDRYTSKA-MEIER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HEARTS ON FIRE COMPANY, LLC., a Massachusetts professional corporation; DOES 1 through X, inclusive; and ROE CORPORATIONS I through X inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00345-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Olga Bedrytska-Meier and Hearts on Fire Company, LLC ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the resolution of this matter.

Dated: August 6, 2018                                              Dated: August 6, 2018

/s/Lisa A. McClane                                                    /s/Adam R. Fulton
Lisa A. McClane                                                         Jared B. Jennings
Jackson Lewis P.C.                                                    Adam R. Fulton
3800 Howard Hughes Parkway, Ste. 600         Jennings & Fulton, LTD.
Las Vegas, NV 89169                                               2580 Sorrell St.
                                                                                   Las Vegas, NV 89146

*Attorneys for Defendant*                                       *Attorneys for Plaintiff*
*Hearts on Fire Company, LLC*                           *Olga Bedrytsha-Meier*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 7, 2018.

4853-2333-0159, v. 1